274 So.2d 93

**In re Benjaman McDADE**

**v.**

**STATE.**

**Ex parte Benjaman McDade, alias.**

**SC 156.**

Supreme Court of Alabama.

March 1, 1973.

Alfred W. Goldthwaite, Montgomery, for petitioner.

MADDOX, Justice.

Petition of Benjamin McDade for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in McDade v. State, 49 Ala.App. 533, 274 So.2d 89.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and FAULKNER, JJ., concur.